IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLAF SÖÖT DESIGN, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAKTRONICS, INC. and DAKTRONICS )<br>HOIST, INC., )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:15-cv-05024-RWS<br><br>**HEARING SET FOR DURING FINAL PRETRIAL CONFERENCE SCHEDULED ON OCTOBER 31, 2017, AT 12 P.M. PER D.I. 146** |

**PLAINTIFF'S CONSOLIDATED MOTIONS *IN LIMINE*** 

**CONFIDENTIAL MATERIAL FILED UNDER SEAL**