**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Olaf Soot Design, LLC,

Plaintiff,

-against-

DAKTRONICS, INC., AND DAKTRONICS, HOIST, INC.,

Defendant.

-----------------------------------------------------------X

15 **CIVIL** 5024 (RWS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Robert W. Sweet, United States District Judge, Plaintiff Olaf Soot Designs, LLC, have judgment in the sum of $ 1,072,800.00 (1788 x $600.00 units) as against Defendants Daktronics, Inc., and Daktronics Hoist, Inc.

**DATED:** New York, New York
December , 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**So Ordered:**

Sweet

**U.S.D.J.** 12/26/18

**BY:**

**Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-2-19