**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

OLAF SÖÖT DESIGN, LLC,

                Plaintiff,

-against-

DAKTRONICS, INC., and DAKTRONIC HOIST, INC.,

                Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
           8/29/2019
```

15 **CIVIL** 5024 (GBD)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 27, 2019. Defendants' motions for judgment as a matter of law and for a new trial, ECF Nos. 329 and 346 are denied; Plaintiff's motions for judgment as a matter of law and for attorney's fee's ECF Nos. 342 and 353, are denied; Plaintiff's motion to amend the judgment to include prejudgment and post judgment interest, ECF No. 338 is granted; Plaintiff Olaf Soot Design, LLC. have judgment against Defendants Daktronics, Inc., and Daktronics Hoist, Inc.in the total sum of $1,838,158.00, plus post-judgment interest.

**Dated:** New York, New York
         August 29, 2019

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                           BY:
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 8/29/2019