UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

OLAF SÖÖT DESIGN, LLC,

                      Plaintiff,

      -against-

DAKTRONICS, INC. and DAKTRONICS HOIST INC.,

                      Defendants.

------------------------------------- x

ORDER

15 Civ. 5024 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

On June 28, 2021, Defendants filed a "Notice of Motion for Review of Clerk's Decision Regarding Defendants' Bill of Costs" (ECF No. 432), and requested that the Court "allow Defendants to file an amended Bill of Costs and Declaration."

On February 17, 2022, Magistrate Judge Wang directed (ECF No. 437) Defendants to file an amended Bill of Costs by March 4, 2022, and Plaintiff to file any objections by March 18, 2022. In accordance with that order, Defendants submitted an amended Bill of Costs (ECF No. 438), and Plaintiff filed objections (ECF No. 440). Defendants' amended Bill of Costs and Plaintiff's objections are presently under review by Magistrate Judge Wang.

The Clerk's Office is therefore ordered to close, as moot, the motion at ECF No. 432.

Dated: New York, New York
       March 31, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge