**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

OLAF SOOT DESIGN LLC,

                    Plaintiff,

   -against-

DAKTRONICS, INC., and DAKTRONICS HOIST, INC.,

                    Defendants.

------------------------------------ x

ORDER

15 Civ. 5024 (GBD) (OTW)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the open motion at ECF No. 96.

Dated: May 16, 2023
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE